EDNA M. ZIMMERMAN ET AL. *v.* BETTY P. WALLMAN ET AL.

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued June 5—decided June 6, 1968

*Milton H. Belinkie,* with whom, on the brief, were *Joseph G. Shapiro* and *John H. Welch, Jr.,* for the appellants (defendants).

*Theodore I. Koskoff,* with whom was *Mitchell Fenton,* for the appellee (named plaintiff).

PER CURIAM. On the evidence presented, the jury could reasonably find that the damages awarded constituted fair, just and reasonable com-

pensation for the injuries the named plaintiff sustained. Accordingly, there was no error in the refusal of the court to set the verdict aside. *Schaller* v. *Roadside Inn, Inc.*, 154 Conn. 61, 68, 221 A.2d 263; *Lopez* v. *Price*, 145 Conn. 560, 564, 569, 145 A.2d 127.

There is no error.